NATHAN J. HOCHMAN
Bingham McCutchen LLP
The Water Garden
1601 Cloverfield Blvd., Suite 2050 North
Santa Monica, CA 90404-4082
Telephone: (310) 255-9025
Email: nathan.hochman@bingham.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT H. BALDWIN,<br><br>                    Plaintiff,<br><br>           v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | Civil No. 2:12-cv-01427-RCJ-PAL<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between Plaintiff Robert H. Baldwin and Defendant the United States of America, that the above-captioned action is dismissed in its entirety *without prejudice*.

IT IS HEREBY FURTHER STIPULATED that the parties will bear their own costs and attorneys' fees.

DATED: February 27, 2013

/s/ Nathan J. Hochman
NATHAN J. HOCHMAN
Bingham McCutchen LLP
The Water Garden
1601 Cloverfield Blvd., Suite 2050 North
Santa Monica, CA 90404-4082
Attorney for Plaintiff

KATHRYN KENEALLY
Assistant Attorney General

by: /s/ Adam R. Smart
 ADAM R. SMART
 Trial Attorney, Tax Division
 U.S. Department of Justice
 P.O. Box 683, Ben Franklin Station
 Washington, D.C.  20044-0683
 Attorney for the United States of America

Of counsel:
DANIEL G. BOGDEN
United States Attorney

ORDER

IT IS SO ORDERED.

DATED: This 27th day of February, 2013.

_____
ROBERT C. JONES
Chief Judge

2